# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Samson, Katharine M. | U.S. Bankruptcy Court, Southern District Mississippi | 8/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

2012 15th Street, Suite 244
Gulfport, MS 39501

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003 | Watkins Ludlam Winter & Stennis, P.A. 401(k) Plan with former law firm |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Texas Bar Bankruptcy Section | 02/18-21/2011 | Austin, TX | Judge Moot Court Competition | Transportation, meals, hotel |
| 2. | American Bankruptcy Institute | 07/27-30/2011 | Kiawah Island, SC | Speak at Seminar | Transportation, meals, hotel |
| 3. | Mississippi Bankruptcy Conference | 12/14-16/2011 | Jackson, MS | Speak at Seminar | Transportation, meals, hotel |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One | Installment Loan | J |
| 2. | Bancorp South | Mortgage on Commercial Rental Property, Gulfport, MS (Pt. VII, line 2) | N |
| 3. | First Commercial Credit | Mortgage on raw land | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Royalty Interest - Jefferson Parish, LA (Hilcorp) | C | Royalty | J | W | | | | | |
| 2. Rental Property, Gulfport, MS (2007 - 1/2 of $405,000) | E | Rent | M | R | | | | | |
| 3. Real Estate, Brooklyn, MS (2007 - 1/2 of $368,000)(Y) | | | | | | | | | |
| 4. Real Estate, Yazoo County, MS Parcel 2 (2009 58% $1,389,500) | D | Rent | O | R | | | | | |
| 5. Brokerage Account #1(IRA) Fidelity Contrafund | A | Dividend | K | T | | | | | |
| 6. Merrill Lynch Cash Account | A | Interest | M | T | | | | | |
| 7. Trust #1 - | B | Dividend | M | T | | | | | |
| 8. -MACS Equity Index Option (529) | | | | | | | | | |
| 9. -MACS Small Cap Blend Index Option (529) | | | | | | | | | |
| 10. -MACS International Equity Option (529) | | | | | | | | | |
| 11. -MACS Bond Option (529) | | | | | | | | | |
| 12. -Accenture PLC Ireland Class SHS | | | | | | | | | |
| 13. -American Balanced Fund Class A | | | | | | | | | |
| 14. -Capital World Growth & Income Fund Class A | | | | | | | | | |
| 15. -The Growth Fund of America Class A | | | | | | | | | |
| 16. -Dreyfus Participant Shares Money Market | | | | | | | | | |
| 17. Trust #2 | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -MACS Equity Index Option (529) | | | | | | | | | |
| 19. -MACS Small Cap Blend Index Option (529) | | | | | | | | | |
| 20. -MACS International Equity Option (529) | | | | | | | | | |
| 21. -MACS Bond Option (529) | | | | | | | | | |
| 22. -Accenture PLC Ireland Class SHS | | | | | | | | | |
| 23. -American Balanced Fund Class A | | | | | | | | | |
| 24. -Capital World Growth & Income Fund Class A | | | | | | | | | |
| 25. -The Growth Fund of America Class A | | | | | | | | | |
| 26. -Dreyfus Participant Shares Money Market | | | | | | | | | |
| 27. Trust #3 | A | Dividend | M | T | | | | | |
| 28. -MACS Equity Index Option (529) | | | | | | | | | |
| 29. -MACS Small Cap Blend Index Option (529) | | | | | | | | | |
| 30. -MACS International Equity Option (529) | | | | | | | | | |
| 31. -MACS Bond Option (529) | | | | | | | | | |
| 32. -Accenture PLC Ireland Class SHS | | | | | | | | | |
| 33. -American Balanced Fund Class A | | | | | | | | | |
| 34. -Capital World Growth & Income Fund Class A | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -The Growth Fund of America Class A | | | | | | | | | |
| 36. -Dreyfus Participant Shares Money Market | | | | | | | | | |
| 37. Ameritrade IRA SEP- | C | Int./Div. | M | T | | | | | |
| 38. -Ameritrade Deposit Account | | | | | | | | | |
| 39. -Columbia Management Multi Advisor | | | | | | | | | |
| 40. -Altria Group Inc Com Stock | | | | | | | | | |
| 41. -Arlington Asset Inv Corp Com Stock | | | | | | | | | |
| 42. -Conagra Foods Inc Com Stock | | | | | | | | | |
| 43. -Du Pont Com Stock | | | | | | | | | |
| 44. -First Solar Inc Com Stock | | | | | Sold | 01/19/11 | J | B | |
| 45. -National Oilwell Varco Inc Com Stock | | | | | | | | | |
| 46. -Otter Tail Corp Com Stock | | | | | | | | | |
| 47. -Patterson-Uti Energy Inc Com Stock | | | | | | | | | |
| 48. -Pfizer Inc Com Stock | | | | | | | | | |
| 49. -United Health Group Inc Com Stock | | | | | | | | | |
| 50. Stifel Bank Account | A | Interest | J | T | | | | | |
| 51. Stifel Nicolaus IRA | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Stifel Nicolaus Money Market | | | | | | | | | |
| 53. -Altria Group Inc Com Stock | | | | | | | | | |
| 54. -Beam Inc. Stock | | | | | Spinoff (from line 60) | 10/07/11 | J | | |
| 55. -Biogen Idec Inc Com Stock | | | | | | | | | |
| 56. -Cisco Systems Inc Com Stock | | | | | | | | | |
| 57. -Deere & Company Com Stock | | | | | | | | | |
| 58. -Walt Disney Company Com Stock | | | | | | | | | |
| 59. -Exxon Mobil Corp Com Stock | | | | | | | | | |
| 60. -Fortune Brands Com Stock | | | | | | | | | |
| 61. -Freeport McMoran Com Stock | | | | | | | | | |
| 62. -GE Com Stock | | | | | | | | | |
| 63. -Johnson & Johnson Com Stock | | | | | | | | | |
| 64. -Kraft Foods Com Stock | | | | | | | | | |
| 65. -MGM Resorts International Com Stock | | | | | | | | | |
| 66. -Microsoft Corp Com Stock | | | | | | | | | |
| 67. -Philip Morris Com Stock | | | | | | | | | |
| 68. -Capital World Growth & Income Fund Class C | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Whitney Bank Account | A | Interest | J | T | | | | | |
| 70. Charles Schwab Account | A | Interest | J | T | | | | | |
| 71. New York Life Insurance - Whole Life (Y) | | | | | | | | | |
| 72. Charles Schwab IRA | B | Int./Div. | M | T | | | | | |
| 73. -Charles Schwab Cash Account | | | | | | | | | |
| 74. -Charles Schwab Investment Account | | | | | | | | | |
| 75. --SWGXX | | | | | Buy | 04/21/11 | M | | |
| 76. | | | | | Sold (part) | 04/29/11 | M | | |
| 77. | | | | | Buy (add'l) | 05/23/11 | J | | |
| 78. | | | | | Sold (part) | 06/03/11 | J | | |
| 79. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 80. | | | | | Sold (part) | 08/16/11 | J | | |
| 81. | | | | | Buy (add'l) | 09/19/11 | J | | |
| 82. | | | | | Buy (add'l) | 10/03/11 | J | | |
| 83. | | | | | Sold (part) | 10/11/11 | J | | |
| 84. | | | | | Sold (part) | 11/04/11 | J | | |
| 85. --EWY | | | | | Buy | 04/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/17/11 | J | | |
| 87. --VWO | | | | | Buy | 04/26/11 | J | | |
| 88. --EWG | | | | | Buy | 04/26/11 | J | | |
| 89. | | | | | Sold | 05/17/11 | J | | |
| 90. --TIP | | | | | Buy | 04/26/11 | J | | |
| 91. | | | | | Buy (add'l) | 09/27/11 | J | | |
| 92. --IAU | | | | | Buy | 04/26/11 | J | | |
| 93. --EWH | | | | | Buy | 04/26/11 | J | | |
| 94. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 95. | | | | | Sold | 08/05/11 | J | | |
| 96. | | | | | Buy | 10/05/11 | J | | |
| 97. | | | | | Buy (add'l) | 11/01/11 | J | | |
| 98. --QQQ | | | | | Buy | 04/26/11 | J | | |
| 99. | | | | | Sold (part) | 05/31/11 | J | | |
| 100. --MINT | | | | | Buy | 04/26/11 | J | | |
| 101. --SPY | | | | | Buy | 04/26/11 | J | | |
| 102. | | | | | Sold | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --LTPZ | | | | | Buy | 04/26/11 | J | | |
| 104. | | | | | Sold (part) | 05/31/11 | J | | |
| 105. | | | | | Sold (part) | 10/05/11 | J | | |
| 106. --VEU | | | | | Buy | 04/26/11 | J | | |
| 107. | | | | | Sold | 05/31/11 | J | | |
| 108. --VIG | | | | | Buy | 04/26/11 | J | | |
| 109. --VNQ | | | | | Buy | 04/26/11 | J | | |
| 110. | | | | | Sold (part) | 10/05/11 | J | | |
| 111. --ALD | | | | | Buy | 04/26/11 | J | | |
| 112. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 113. | | | | | Sold (part) | 09/27/11 | J | | |
| 114. --VTI | | | | | Buy | 04/26/11 | J | | |
| 115. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 116. --ELD | | | | | Buy | 04/26/11 | J | | |
| 117. | | | | | Sold | 05/31/11 | J | | |
| 118. | | | | | Buy | 08/11/11 | J | | |
| 119. | | | | | Sold | 09/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 8/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --BND | | | | | Buy | 04/26/11 | J | | |
| 121. | | | | | Sold (part) | 10/05/11 | J | | |
| 122. --GLD | | | | | Buy | 04/26/11 | J | | |
| 123. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 124. | | | | | Sold (part) | 10/05/11 | J | | |
| 125. --DBC | | | | | Buy | 04/26/11 | J | | |
| 126. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 127. --IEF | | | | | Buy | 05/31/11 | J | | |
| 128. --VEA | | | | | Buy | 05/31/11 | J | | |
| 129. --BZF | | | | | Buy | 05/31/11 | J | | |
| 130. | | | | | Sold | 09/27/11 | J | | |
| 131. --LQD | | | | | Buy | 10/05/11 | J | | |
| 132. --FXY | | | | | Buy | 10/05/11 | J | | |
| 133. Lexterra LLC (X) | None | | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 2- Rental Property is owned by Green Channel, LLC. Income and Value is based on ownership of 1/2 interest in the LLC.

2) Part VII, page 4, line 3 - Real Estate is owned by Legalwood, LLC. Value is based on ownership of 1/2 interest in the LLC.

3) Part VII, page 4, line 4 - Real Estate is owned by La Jolla Farms, LLC. Value is based on ownership of 58% interest in the LLC.

4) Part VII, page 6, line 39- Columbia FDS International Growth Z changed to a mult-advisor format and changed its name to Columbia Management Mult Advisor

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katharine M. Samson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544